■ DAVID SHUMWAY et al., Respondents, v JUSTIN KELLEY, Appellant. [827 NYS2d 914]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered January 11, 2006. The order denied defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.

■ MICHAEL DOYLE et al., Appellants, v BARDEN AND ROBESON CORPORATION et al., Defendants, and PAUL J. GAME CONSTRUCTION et al., Respondents. (Appeal No. 1.) [828 NYS2d 226]—Appeal from an amended order of the Supreme Court, Niagara County (Erin M. Peradotto, J.), entered January 6, 2006 in a personal injury action. The amended order denied plaintiffs' motion for summary judgment and granted the motion of defendants Paul J. Game Construction and Paul J. Game for summary judgment dismissing the third amended complaint against them.

It is hereby ordered that the amended order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.

■ MICHAEL DOYLE et al., Appellants, v BARDEN AND ROBESON CORPORATION et al., Defendants, and DEREK SMITH et al., Respondents. (Appeal No. 2.) [828 NYS2d 226]—Appeal from an order of the Supreme Court, Niagara County (Erin M. Peradotto, J.), entered January 6, 2006 in a personal injury action. The order granted the motion of defendants Derek Smith and Sandra Smith for summary judgment dismissing the third amended complaint against them and denied plaintiffs' motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.